UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FILED**

UNITED STATES OF AMERICA

v.  Case No. 3:04-cr-146-J-25HTS

MONICA BUGGS
  a/k/a Monica B. Mitchell
  a/k/a Monica Buggs Mitchell

## AMENDED REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

This matter is before the Court on the Petition on Probation and Supervised Release, filed on June 13, 2006 (Dkt. 46). On August 3, 2006, the Court conducted a hearing on the matter at which defendant appeared with counsel, Lisa Call, Assistant Federal Public Defender, and the government was represented by Kathleen O'Malley, Assistant United States Attorney.

Having reviewed the report of the probation officer, having heard from counsel for defendant and the government, and having heard the defendant's admission to Allegations One and Two of the Petition, the Court finds that defendant has violated the terms of supervised release as set forth in Allegations One and Two of the Petition. Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED:**

1. That defendant's supervised release is revoked; and

2. That defendant is committed to the custody of the United States Bureau of Prisons for a term of eight (8) months.

3. The defendant shall surrender to the United States Marshal within thirty (30) days for placement in a designated institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 18 day of August, 2006, nunc pro tunc.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Defendant
U.S. Marshal
U.S. Probation Officer
Pretrial Services